UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **RONALD THRASH,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   NO. 3:09 CV 193 JM |
| | ) |
| **SUPERINTENDENT,** | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Ronald Thrash, a *pro se* prisoner, filed this *habeas corpus* petition explicitly attempting to challenge his loss of visiting privileges imposed on December 8, 2008, by the Indiana Department of Corrections (IDOC). (Petition for Writ of Habeas Corpus, Docket # 1 at 3).

A prison disciplinary action can only be challenged in a *habeas corpus* proceeding where it lengthens the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Loss of visitation privileges would not lengthen the duration of Thrash's confinement. Depending on the circumstances, however, Thrash may have a civil rights cause of action under 28 U.S.C. § 1983.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

RULE 4, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS.

For the foregoing reason, the Court:

(1) **DISMISSES** the *habeas corpus* petition (Docket # 1); and

(2) **DIRECTS** the Clerk of the Court to send Ronald Thrash a blank complaint packet with the copy of this order.

                                    **SO ORDERED.**

DATE: May 27, 2009

                                      s/ James T. Moody  
                                      JUDGE JAMES T. MOODY  
                                      UNITED STATES DISTRICT COURT